IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER BLAUVELT, § <br> # 43511-037, § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> UNITED STATES OF AMERICA, § <br> § <br> Defendant. § | Civil Action No. 3:17-CV-2855-K |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Plaintiff's Objections are **OVERRULED**.

The *Defendant's Motion for Summary Judgment*, filed September 21, 2018 (doc. 29) is **GRANTED**. By separate judgment, all of the plaintiff's claims will be **DISMISSED with prejudice**.

SO ORDRERED.

Signed July 24th, 2019.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE